[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 31, 2011
JOHN LEY
CLERK

No. 10-14318
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-20058-PCH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EURLAYNE MIGUEL,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

(March 31, 2011)

Before TJOFLAT, CARNES and WILSON, Circuit Judges

PER CURIAM:

Gail Stage, appointed counsel for Eurlayne Miguel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Miguel's convictions and sentences are **AFFIRMED**.